FILED '10 SEP 21 13:41 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LISA COCHRAN, Personal Representative of
the Estate of Derrik Fowler, LISA COCHRAN,
indivdually, and JERRID FOWLER,

                              Plaintiffs,

v.

BURLINGTON COAT FACTORY OF
OREGON, LLC, INFANTINO, LLC; JOHN
DOES DISTRUBUTORS and WHOLESALERS
and JOHN DOES EMPLOYEES AND
OFFICERS OF INFANTION, LLC.,

                              Defendants.

Civil No. 10-6016-TC

O R D E R

Magistrate Judge Coffin filed his Findings and Recommendation on August 25, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Order -- Page 1

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

Dated this __19__ day of September, 2010.

_____
Ann Aiken, United States District Judge

Order -- Page 1