JEFFREY W. HANSEN, OSB #923290
Email: jhansen@smithfreed.com
JOSEPH A. ROHNER IV, OSB #064919
Email: jrohner@smithfreed.com
SMITH FREED & EBERHARD PC
111 SW 5th Avenue, Suite 4300
Portland, Oregon 97204
Telephone: (503) 227-2424
Facsimile: (503) 227-2535

Of Attorneys for Defendant Infantino, LLC

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LISA COCHRAN, Personal Representative of the Estate of Derrik Fowler, LISA COCHRAN, individually, and JERRID FOWLER,<br><br>Plaintiffs,<br><br>vs.<br><br>INFANTINO, LLC; JOHN DOES DISTRIBUTORS and WHOLESALERS; STEP 2 HOLDINGS, LLC; MICHAEL PARNESS; BRIDGET WEISS; MICHAEL SILBERSTEIN; MARK SILBERTSEIN; and BURLINGTON COAT FACTORY OF OREGON, LLC.<br><br>Defendants. | Case No.6:10-CV-06016-TC<br><br>DEFENDANT STEP 2 HOLDINGS LLC'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT<br><br>REQUEST FOR ORAL ARGUMENT |

**LR 7.1(a) CERTIFICATION**

Counsel for Step 2 Holdings LLC ("Step 2") hereby certifies that they have conferred through telephone conference with Brian Whitehead, counsel for Plaintiffs, regarding this motion. The parties conferred in an effort to resolve this dispute and have been unable to do so.

## MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(2), and without waiving any defense, affirmative defense, or counterclaim, Step 2 moves the Court for an order dismissing Plaintiffs' Third Amended Complaint against Step 2 for lack of personal jurisdiction. The Third Amended Complaint contains almost no allegations to support personal jurisdiction. In the alternative, Step 2 moves pursuant to Federal Rule of Civil Procedure 12(e) for a more definite statement from Plaintiff concerning this Court's alleged personal jurisdiction over Step 2. In support of this Motion, Step 2 relies upon its accompanying Memorandum of Law. Step 2 respectfully requests oral argument on this motion. The estimated time for hearing is 30 minutes.

Dated this 20th day of May, 2011.

              SMITH FREED & EBERHARD P.C.

         By: */s/ Jeffrey W. Hansen*
            Jeffrey W. Hansen, OSB #923290
            jhansen@smithfreed.com
            Joseph A. Rohner IV, OSB #064919
            jrohner@smithfreed.com
            Email for Service:
              Hansen-Service@smithfreed.com
            Of Attorneys for Defendant Infantino, LLC

JEFFREY W. HANSEN, OSB #923290
Email: jhansen@smithfreed.com
JOSEPH A. ROHNER IV, OSB #064919
Email: jrohner@smithfreed.com
SMITH FREED & EBERHARD PC
111 SW 5th Avenue, Suite 4300
Portland, Oregon 97204
Telephone: (503) 227-2424
Facsimile: (503) 227-2535

Of Attorneys for Defendant Infantino, LLC

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF OREGON

| | |
|---|---|
| LISA COCHRAN, Personal Representative of the Estate of Derrik Fowler, LISA COCHRAN, individually, and JERRID FOWLER,<br><br>Plaintiffs,<br><br>vs.<br><br>INFANTINO, LLC; JOHN DOES DISTRIBUTORS and WHOLESALERS; STEP 2 HOLDINGS, LLC; MICHAEL PARNESS; BRIDGET WEISS; MICHAEL SILBERSTEIN; MARK SILBERTSEIN; and BURLINGTON COAT FACTORY OF OREGON, LLC.<br><br>Defendants. | Case No. 6:10-CV-06016-TC<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on May 20, 2011, I served the foregoing **DEFENDANT STEP 2 HOLDINGS LLC'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT** on:

| Brian Whitehead<br>Law Offices of Brian R. Whitehead, P.C.<br>1610 12th Street SE<br>Salem, OR 97302<br>Email: brian@attywhitehead.com<br>Fax: (503) 364-2655<br><br>Counsel for Plaintiffs | Eugene H. Buckle<br>Cosgrave Vergeer & Kester, LLP<br>805 SW Broadway, 8th Floor<br>Portland, OR 97205<br>Email: ebuckle@cvk-law.com<br>Fax: (503) 323-9019<br><br>Counsel for Defendant Burlington Coat Factory |

| | |
|---|---|
| _____ | by facsimile transmission thereof to the number shown above, and |
| __X__ | by mailing copies thereof, placed in a sealed envelope addressed as listed above and deposited in the United States mail at Portland, Oregon, and that postage thereon was fully prepaid. |
| __X__ | by electronically filing the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the attorneys listed above. |

SMITH FREED & EBERHARD P.C.

By: _/s/ Jeffrey W. Hansen_
Jeffrey W. Hansen, OSB #923290
jhansen@smithfreed.com
Joseph A. Rohner IV, OSB #064919
jrohner@smithfreed.com
Email for Service:
Hansen-Service@smithfreed.com
Of Attorneys for Defendant Infantino, LLC

PAGE 4 - DEFENDANT STEP 2 HOLDINGS LLC'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT

229110