IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LISA COCHRAN, Personal Representative　　　　　　　Civ. No. 10-6016-TC
of the Estate of Derrik Fowler, LISA
COCHRAN, individually, and JERRID　　　　　　　　　ORDER
FOWLER,

　　　　　　　Plaintiffs,

　　v.

BURLINGTON COAT FACTORY OF
OREGON, et al.,

　　　　　　　Defendants.

Aiken, Chief Judge:

　　Magistrate Judge Coffin filed his Findings and Recommendation on September 27, 2011. Magistrate Judge Coffin recommends that certain defendants' Motions to Dismiss for lack of personal jurisdiction be granted and those defendants be dismissed from this action. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp.

-1-　　ORDER

v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 124) filed September 27, 2011 is ADOPTED in its entirety. Defendants' Motions to Dismiss (docs. 74, 76) are GRANTED, and defendant Step 2 Holdings, LLC and individual defendants Parness, Silverstein, Silberstein, and Weiss are DISMISSED from this action. IT IS SO ORDERED.

Dated this 18 day of November, 2011.

_____
Ann Aiken
United States District Judge